USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lifetree Trading Pte. Ltd.,
                             Plaintiff,

14 CIVIL 9075 (JPO)

-against-

**JUDGMENT**

Washakie Renewable Energy, LLC,
                             Defendant.
-----------------------------------------------------------X

       A Jury Trial before the Honorable J. Paul Oetken, United States District Judge, having begun on November 27, 2017, and at the conclusion of the trial, on November 29, 2017, the jury having rendered a verdict in favor of the Plaintiff in the amount of $25,301,470.00, plus 9% interest from December 15, 2014, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the Plaintiff have judgment in the amount of $25,301,470.00, plus interest in the amount of $6,769,009.71, for a total judgment in the amount of $32,070,479.71 as against the Defendant.

DATED: New York, New York
              December 4, 2017

                                                                   RUBY J. KRAJICK
                                                                   Clerk of Court

So Ordered:

                                                      BY:
_____
U.S.D.J.
                                                                   Deputy Clerk